TIMOTHY COURCHAINE
U.S. Attorney
District of Arizona
RUI WANG
CHRISTINE A. MELTON
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
        christine.melton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 24-02717-RM (EJM) |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY BY SPECIAL AGENT MATHEW OWEN** |
| Richard Lee Thomas, | |
| Defendant. | **– AND –** |
| | **REQUEST FOR DEFENSE NOTICE AND DISCOVERY** |

Plaintiff, United States of America, by and through its undersigned attorneys, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rules 702, 703, 704, 705 and 1006 of the Federal Rules of Evidence, hereby files this notice of intent to call an expert witness in the above-referenced case. The United States reserves the right to offer additional testimony by this expert or other expert witness(es) and for the experts to amend or adjust their opinions and bases based on information perceived by or made known to the expert before or during trial. While the United States believes this witnesses is more accurately categorized as fact witnesses and his testimony may not constitute expert witness testimony, it is noticing him as an expert out of an abundance of caution.[1]

Additionally, the United States requests written notice, under Rule 16(b)(1)(C) of

---

[1] *See United States v. McLeod*, 755 Fed. App'x. 670 (9th Cir. 2019) (unpublished), (J. dissenting in part and concurring in part) (questioning whether a phone extraction witness was a fact or expert witness).

the Federal Rules of Criminal Procedure, of any expert witness(es) the defendant plans to call at trial.

## I.    Expert Witness on Cell Phone Data Extraction

The United States will call Special Agent Mathew Owen, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") for phone extraction foundation testimony. SA Owen, conducted an extraction of the defendant's three cell phones on or about July 14, 2023.

### A.    Expected Testimony

SA Mathew Owen will testify regarding the cellular device extractions he performed.  SA Owen will testify that he received the cell phones, and will describe the process of how he downloaded the specific phones.  He will explain that he connected the cell phone to a computer with Cellebrite software, used the software to extract data from the phone by following the software prompts, used the software to parse the data and create a report in a readable form, and returned the phone along with the read-only data extraction to the case agent, SA Alex Tisch .[2]   SA Owen will describe and explain the software Cellebrite that he used to complete the downloads.

SA Owen will testify that Cellebrite extractions accurately transfer data from phones.  The amount of data extracted from a phone depends upon a variety of variables such as the phone model and operating system, the type of apps on the phone, and the phone/app's compatibility with the Cellebrite software. While not all types of data may be extracted from a phone (i.e. data from a specific app may not be supported by the software),[3] any extracted data was on the phone as shown in the extraction.

---

[2] Special Agent Marie Barto then conducted review and analysis of the phone's data.

[3] As explained in *Villareal-Garcia v. State*, the witness "could not say with certainty that Cellebrite extracted all the data from the [defendant's] cellphone because every phone model is different and no software can keep up with the constant availability of new apps." 671 S.W.3d 791, 795 (App.Tex. 2023).   However, the data transfer itself was straightforward and was properly admitted through lay witness testimony concerning the process and authentication. *Id.*

The cell phone data extractions from the defendant's phone have already been provided to the defense.

### B.    Bases and Reasons

SA Owen's opinions are based on his training and experience.  SA Owen has undergone training in conducting forensic examinations of cellular phones.  He has conducted data extractions on numerous phones in the course of his investigative work at ATF and has found that the Cellebrite software reliably extracts data from phones.

### C.    Qualifications, Including Publications

SA Owen received a Bachelor of Science Degree in Criminal Justice with a Minor in Forensic Behavioral Science in 2006.  He subsequently received a Masters Certificate in Forensic Arson, Explosives, Firearms and Toolmarks in 2023.  SA Owen served as a Cobb County, Georgia police officer and detective from 2003 to 2017.  He later completed Federal Law Enforcement Criminal Investigation training in 2017, and basic training in 2018.  SA Owen has been employed as a Special Agent with the ATF since 2017.

After joining the ATF, SA Owen received specialized training and certifications in Digital Media Collection.  He has been a Cellebrite Certified Operator and a Cellebrite Certified Physical Analyst since 2019 with a recertification for both in 2022.  He is also a Digital Media Collection Specialist.  SA Owen has attended additional trainings on electronic devices and data including, (1) Introduction to Cellphone Investigations; (2) Mobile Digital Devices and GPS; (3) Computers and Data Storage; (4) Identifying and Seizing Electronic Evidence; (5) Introduction to Apple; (6) Previewing; and (7) Advanced Technical Assistance.  In his capacity as a Special Agent, he served as an ATF Digital Media Collection Specialist from 2019 to 2024.

SA Owen's signed report has been disclosed to the defendant in ATF ROIs #7.  These disclosures include a statement of some of his opinions and the bases and reasons for them.  SA Owen's CV, which more thoroughly details his education, trainings,

- 3 -

qualifications, work and teaching experience, and awards received is attached hereto as Exhibit 1.

SA Owen has not authored any publications in the 10 years prior to the date of this notice, and is not receiving compensation for his testimony, aside from his regular salary with the ATF.

### D.     Prior Testimony

Within the past four years, SA Owen has testified as an expert at trial in the following cases:

- 785010-22-0020, Swift Transportation Fire Series, February 21, 2024 in the United States District Court Central District of California – Eastern Division.

### E. Reservation of Right to Amend/Supplement Disclosure

The government reserves the right to supplement this notice with additional materials related to the opinions described above, or to provide the disclosures required by law for additional expert opinions it intends to offer at trial.

## II.     Request for Reciprocal Discovery

Once the government complies with the defendant's requests under Rules 16(a)(1)(F) and (G), the defense must provide reciprocal discovery. That is, upon request, the defense must permit the government to inspect and copy the results or reports of any physical or mental examination, and of any scientific test or experiment, if the item is within the defendant's possession, custody, or control, and the defendant intends to use the item in its case-in-chief, or intends to call the witness who prepared the report and the report relates to the witness' testimony. Fed. R. Crim. P. 16(b)(1)(B).

And, upon request, the defense must also provide written expert disclosures of testimony it intends to introduce under Federal Rules of Evidence 702, 703, and 705, including a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief, and the bases and reasons for them; the witness's qualifications, including a list of all publications authored in the previous 10 years; and a list of all other cases in which the witness has testified as an expert at trial or deposition

- 4 -

within the last 4 years. Fed. R. Crim. P. 16(b)(1)(C). The government hereby requests this information.

### III.   Certification of Expert

I, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Mathew Owen, approve this disclosure regarding my anticipated expert testimony, as required by Fed. R. Crim. P. 16(a)(1)(G)(v).

Special Agent Mathew Owen
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted this 4th day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Rui Wang*
*s/Christine A. Melton*

RUI WANG
CHRISTINE A. MELTON
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 4th day of August, 2025, to:
Chris Scileppi, Esq.
Attorney for Defendant

- 5 -