TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
CHRISTINE A. MELTON
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
rui.wang@usdoj.gov
christine.melton@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 24-02717-TUC-RM (EJM) |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR AMENDED PLEA AGREEMENT COLLOQUY AT SENTENCING** |
| Richard Lee Thomas, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, and files this Unopposed Motion requesting the Court to conduct an Amended Plea Agreement colloquy at the time of sentencing. The defendant's sentencing is set for November 12, 2025 at 10:50 a.m.

The United States respectfully requests that the Court conduct an Amended Plea Agreement colloquy so that the parties may enter into an Amended Plea Agreement (Exhibit 1), reflecting a change to the "Forfeiture" section on pages five (5) through eight (8) of the filed Plea Agreement. (Doc. 58.)   The plea must be modified to reflect the parties' intent to enter into an "Agreement as to Property," rather than a forfeiture agreement as to Seized Firearms referenced in the plea agreement.  Additionally, the defendant agreed to a judgment of $17, 901.84 regarding the Firearms Not Seized, which has been modified to a Stipulation Regarding Sentencing in Amended Plea Agreement.  No other changes were made to the original plea agreement.

Defense counsel Christopher Scileppi  has no  objection to  this motion or to the

proposed Amended Plea Agreement.


Respectfully submitted this 16th day of September, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Rui Wang*
*s/ Christine A. Melton*

Rui Wang
Christine A. Melton
Assistant U.S. Attorney


Copy of the foregoing served electronically or by other means this 16th day of September, 2025. to:

Christopher Scileppi, Esq.
Andrew Ross, Esq.
Attorney for Defendant

- 2 -